

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jennifer Do, DEFENDANT(S). | CASE NUMBER 8:20-CR-00083-DOC **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __August 4__, __2020__, at __9:00__ ☒ a.m. / ☐ p.m. before the Honorable __Karen E. Scott__, in Courtroom __10D__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __July 29, 2020__

*Karen E. Scott*
Hon. Karen E. Scott
U.S. District Judge/Magistrate Judge