# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SA CR 20-083-DOC |
| Date | July 30, 2020 |
| Title | United States of America v. Jennifer Do |

Present: The Honorable  Karen E. Scott, United States Magistrate Judge

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Jazmin Dorado | n/a |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** (In Chambers) Order re Detention Hearing

On July 29, 2020, Defendant appeared before the Court for an initial appearance. At the hearing, the Court ordered the detention hearing continued to August 4, 2020 at a time to be determined. The parties are advised that the detention hearing will be held at 9:00 a.m.

cc: PSASA, USMSA

Initials of Deputy Clerk   JD