# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:20-cr-00083-DOC | Date | August 1, 2022 |
| Title | United States of America v. Jennifer Do | | |

Present: The Honorable   John D. Early, United States Magistrate Judge

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Maria Barr | |

| Attorney(s) Present for Plaintiff: | Attorney(s) Present for Defendant: |
|---|---|
| AUSA Greg Staples | David Weichert, CJA Panel |

**Proceedings:**   Order of Detention after Hearing Under 18 U.S.C. § 3148(b)

Defendant Jennifer Do ("Defendant"), represented by counsel, appeared following her arrest pursuant to a Warrant issued by United States District Judge David O. Carter. The Warrant (Dkt. 29) was issued based on a Petition (Dkt. 28) alleging violations of conditions of release, specifically, that Defendant failed to appear for drug testing intake appointment as directed on September 8, 2020 (Allegation One) and attempts to contact Defendant by her Pretrial Services Officer were unsuccessful and not returned (Allegation Two).

On August 1, 2022, the Court conducted a hearing pursuant to 18 U.S.C. § 3148(b) on the Petition. Defendant admitted Allegation One. The Government agreed to proceed solely on the admitted Allegation One.

After considering the Warrant, the verified Petition, the Report and Recommendation of Pretrial Services, the records in the Court's file, and Defendant's admission, the Court finds there is clear and convincing evidence that Defendant has violated the conditions of her release as set forth in Allegation One of the Petition, that is, Defendant failed to appear for a drug intake appointment as directed to do so on September 8, 2020, in violation of Defendant's pretrial release conditions requiring her to, among other things, submit to Pretrial Services supervision as directed by Pretrial Services and participate in residential drug treatment as directed by Pretrial Services.

The Court then heard argument regarding what, if any, action to take regarding the violation. Having considered the factors set forth in 18 U.S.C. § 3142(g), and based on the record before the Court, including Defendant's failure to appear as order for trial and absconder status for nearly two years, the Court further finds, based on the current record, that there is no condition or combination of conditions of release that will reasonably assure that Defendant will appear as directed. As a result, Defendant's release is REVOKED pursuant to 18 U.S.C. § 3148 (b)(2)(A).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:20-cr-00083-DOC | Date | August 1, 2022 |
| Title | United States of America v. Jennifer Do | | |

Defendant shall be detained pending further proceedings in this matter and is remanded to the custody of the United States Marshall.

    Counsel are directed to contact Judge Carter's Courtroom Deputy for purposes of scheduling further proceedings.

    IT IS SO ORDERED.