FILED
CLERK, U.S. DISTRICT COURT
MAY - 1 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jennifer Do<br><br>　　　　　Defendant. | Case No.: 8:20-CR-0083-FWS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CDCA__, for alleged violation(s) of the terms and conditions of his/**her** [probation] [supervised release]; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　　The Court finds that:

A.　　(✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __instant allegations__
_____
_____

1
2
3        and/or
4  B.    (✓) The defendant has not met his/her burden of establishing by clear and
5        convincing evidence that he/she is not likely to pose a danger to the safety of any
6        other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7        finding is based on ___instant allegations, new convictions,___
8        ___substance use___
9
10
11
12
13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: __5/1/25__        _____
17                          KAREN E. SCOTT
                            UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28